## <u>EXHIBIT C</u>

## Corporate Organization Chart

